IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMSEY RANDALL | : | CIVIL ACTION |
| v. | : | |
| FACEBOOK, INC., et al. | : | NO. 17-1526 |

O R D E R

AND NOW, this 21st day of June 2017, the Court having considered plaintiff's amended complaint (Document No. 11), and in accordance with the accompanying memorandum, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

FILED
JUN 22 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk